[No. 23338–6–I.  Division One.  May 14, 1990.]

CATHERINE G. LISTON, *Appellant,* v. AUBURN FEDERAL WAY SURGEONS, INC., P.S., ET AL, *Respondents.*

DANA LISTON, *Appellant,* v. AUBURN FEDERAL WAY SURGEONS, INC., P.S., ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 85–2–05669–8, Edward Heavey and Herbert M. Stephens, JJ., entered August 19 and October 28, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Grosse, JJ.

[No. 23965–1–I.  Division One.  May 14, 1990.]

NPS BUILDING ASSOCIATES, *Appellant,* v. GARDNER ENGINEERS, INC., *Defendant,* MORTIMER H. THOMAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–21975–5, Norman W. Quinn, J., entered March 15, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Forrest, JJ.